

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:  01-12-00970-CR

Trial Court Cause
Number:  1726063

Style:  Hector Rodriguez

    **v** The State of Texas

Date motion filed[*]:  May 22, 2013

Type of motion:  Motion for extension of time to file appellant's brief

Party filing motion:  Appellant

Document to be filed:  Appellant's brief

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

    Original due date:  March 4, 2013

    Number of previous extensions granted:  2

    Date Requested:  June 20, 2013

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due:  June 20, 2013

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Jim Sharp

    ☒ Acting individually  ☐ Acting for the Court

Panel consists of _____

Date: June 5, 2013